**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7015

JOSHUAL LAMAR DAVIS,

       Plaintiff - Appellant,

    v.

IAN MAXFIELD, Sheriff Deputy; JOSHUA WILLIAMS, Sheriff Deputy; MARK
SUROVICK, Sheriff Deputy,

       Defendants - Appellees,

    and

JARREL BAKER, Wake County Sheriff; WAKE COUNTY SHERIFF'S OFFICE,

       Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-ct-03234-M)

Submitted:  March 28, 2024                        Decided:  April 2, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joshual Lamar Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshual Lamar Davis appeals the district court's order dismissing without prejudice his amended 42 U.S.C. § 1983 complaint against the remaining Defendants under Fed. R. Civ. P. 4(m) for failure to effectuate service of process.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Davis v. Maxfield*, No. 5:21-ct-03234-M (E.D.N.C. Sept. 28, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*